**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| URBAN TEXTILE, INC. | ) | Case No. CV 15-05801-RGK (MRWx) |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| JIMMY JAZZ E-COMMERCE LLC, et al. | ) | |

On September 22, 2015, an Order to Show Cause re Dismissal for Lack of Prosecution was filed, requiring a response by September 29, 2015. As of this date, no response to the Order to Show Cause has been filed, therefore, the matter is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: October 1, 2015

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE